IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL M. CARLO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-6873 |
| CAROLYN W. COLVIN,[1] | : | |
| *Commissioner of the Social Security* | : | |
| *Administration,* | : | |

## ORDER

AND NOW, this 25th day of November, 2013, upon consideration of Plaintiff's request for review and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Plaintiff's request for review is DENIED; and

3. Judgment is entered in favor of the Defendant.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] Carlo's Complaint was filed against Michael J. Astrue. In February 2013, Carolyn Colvin replaced Astrue as the Acting Commissioner of the Social Security Administration. Colvin, therefore, is now the proper defendant. *See* Fed. R. Civ. P. 25(d); *see also* 42 U.S.C. § 405(g).